UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANYCE ELAINE BROWN, Deceased; ASA
ROBERT GRAYDON BROWN, a minor; and
HELEN ELIZABETH BROWN, a minor,                     Case No. 04-73411

        Plaintiffs,                          Honorable John Corbett O'Meara

v.

UNITED STATES OF AMERICA,

        Defendant.
_____/

## ORDER DENYING PLAINTIFFS' MARCH 21, 2005
## MOTION FOR RECONSIDERATION

      This matter came before the court on Plaintiffs' March 21, 2005 motion for reconsideration of the court's March 10, 2005 order granting defendant United States of America's motion for summary judgment. Pursuant to Local Rule 7.1(e)(2)(E.D. Mich. Sept. 8, 1998), no response was ordered and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(g)(3).

      Having filed a motion for reconsideration which presents the same issues ruled upon by the court, Plaintiffs have failed to demonstrate a palpable defect by which the court and the parties have been misled. Therefore, it is hereby **ORDERED** that Plaintiffs' March 21, 2005 motion for

reconsideration is **DENIED.**


s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge


Dated:  May 4, 2005