UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELEN V. SURFACE, as Personal
Representative of the Estate of JANYCE
ELAINE BROWN, deceased, et al.,

        Plaintiff,        Case No. 04-73411

v.        District Judge John Corbett O'Meara

        Magistrate Judge R. Steven Whalen

UNITED STATES OF AMERICA,

        Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on January 30, 2007, Defendant's Motion for More Definite Statement and Motion to Strike [Docket #31] is GRANTED.

Within 14 days of the date of this Order, Plaintiff shall file an amended complaint. Pursuant to Fed.R.Civ.P. 15(c)(2), said amended complaint shall relate back to the date of the original pleading.

SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: January 30, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 30, 2007.

<u>S/Gina Wilson</u>
Judicial Assistant